UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN T. YAPP, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br>                              Defendant. | No.      2:22-CV-01364-TL<br><br>STIPULATED MOTION and AGREED ORDER ALLOWING  FILING OF AMENDED COMPLAINT FOR DISABILITY BENEFITS |

<u>STIPULATION</u>

COMES NOW the parties herein, by and through their respective attorneys of records, and HEREBY STIPULATE that Plaintiff, John T. Yapp will file an Amended Complaint within five days of the entry of this Order. This agreement in no way waives Defendant's defenses.

It is hereby stipulated and agreed by the undersigned attorneys for the parties. This Stipulation is based upon the files, pleading, and records herein.

DATED this __day of October, 2022.

SKRINAR LAW OFFICES

By:      /s/ *Patricia P. Skrinar*
Patricia Padilla Skrinar, WSBA# 13772
Attorney for Plaintiff
525 Tacoma Avenue South
Tacoma, WA 98402
 ph: (253) 383-0708; fax:(253)383-3673;
 pskinar@skrinarlaw.com

Stipulated Motion & Order Allowing
Filing of Amended Complaint
*Page 1 of 2*

**Skrinar Law Offices**
524 Tacoma Avenue South
Tacoma, Washington  98402
(253) 383-0708 Phone
(253) 383-3673 Fax

GORDON REES SCULLY MANSUKHANI, LLP


By:    /s/ Shannon L. Wodnick
       Shannon L. Wodnik, WSBA# 44998
       *Attorney for Defendant Metropolitan Life*
       *Insurance Company*
       Gordon Rees Scully Mansukhani, LLP
       701 Fifth Avenue, Ste 2100
       Seattle, WA 98104
       ph: (206) 695-5100
       Email: swodnik@grsm.com


ORDER ALLOWING FILING OF AMENDED COMPLAINT

It is so Ordered:  Plaintiff will file an Amended Complaint within five days of the entry of this Order.

So Ordered the <u>14th</u> day of October, 2022.

The Honorable Tana Lin
United States District Judge


CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2022, I e-filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s via electronic mail.

/s/ Patricia P. Skrinar
Patricia Padilla Skrinar, WSBA# 13772
Attorney for Plaintiff
SKRINAR LAW OFFICES
525 Tacoma Avenue South
Tacoma, WA 98402
ph: (253) 383-0708; fax:(253)383-3673;
pskinar@skrinarlaw.com

Stipulated Motion & Order Allowing
Filing of Amended Complaint
*Page 2 of 2*